# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0667.  THOMAS MORRISON et al. v. STEVE KICKLIGHTER.**

The plaintiffs, Thomas Morrison and Charles and Suzette Morrison, filed a complaint for damages against Steve Kicklighter following a car accident.  After a jury verdict in favor of Kicklighter, the trial court entered a judgment for Kicklighter in the amount of $4,209.35.  The plaintiffs filed a motion for new trial, which the trial court denied.  The plaintiffs then filed this direct appeal.  We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000 or less must comply with the discretionary appeal procedures. Because this suit is an action for damages and the judgment entered was less than $10,000, a discretionary application was required.  See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998); see also *Emerson v. Brookmere Homeowners Ass'n*, 311 Ga. App. 371, 371 n.1 (715 SE2d 775) (2011).  The plaintiffs' failure to file an application for discretionary appeal deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/07/2016*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , Clerk.